**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 100**

In the Matter of                    Case Number:

Central States, Southeast and Southwest Areas Pension Fund,
and Howard McDougall, Trustee, (Plaintiffs),
v.
Madison Acquisition, LLC, an Indiana limited liability
company, (Defendant).

**JUDGE ST. EVE**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

| NAME (Type or print) |
| --- |
| John J. Franczyk, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John J. Franczyk, Jr. |

| FIRM |
| --- |
| Central States Law Department |

| STREET ADDRESS |
| --- |
| 9377 W. Higgins Road, 10th Floor |

| CITY/STATE/ZIP |
| --- |
| Rosemont, IL  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06224947 | (847) 518-9800, Ext. 3464 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |