# Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 100**

SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),

V.

Madison Acquisition, LLC, an Indiana limited liability company, (Defendant).

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Madison Acquisition, LLC
c/o James E. Carlberg
2700 First Indiana Plaza
135 N. Pennsylvania St.
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy C. Reuter, Esq.
Central States Law Department
9377 W. Higgins Rd., 10th Flr.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Holloman*
(By) DEPUTY CLERK

January 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/11/08 @ 10:15 AM |
| NAME OF SERVER (PRINT) PAMELA J. CONLEY | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: JAMES CARLBERG, 2700 FIRST INDIANA PLAZA, 135 N. PENNSYLVANIA ST, INDIANAPOLIS, IN 46204

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-11-08
                Date            Signature of Server

Express Process Service, Inc.
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.