# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 c 0100 |
| v. | ) ) ) | Judge St. Eve |
| MADISON ACQUISITION, LLC, an Indiana limited liability company, | ) ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) | |

## AFFIDAVIT OF TIMOTHY REUTER

State of Illinois    )
                     ) SS
County of Cook    )

I, Timothy Reuter, having been fully sworn on oath, depose and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund (hereinafter referred to as the "Fund") and I am familiar with the pending litigation.

2. I have reviewed Central States billing records (attached as Exhibit 1 to this affidavit) and have determined that the work performed in connection with this case was performed by myself (TCR), and Deborah Bolden (DRB) paralegal. I was admitted to the bar of the State of Illinois on May 8, 2003.

3. I believe that a reasonable rate for the aforementioned services is $150.00 per hour for work performed by myself. I believe a reasonable rate for the aforementioned services is $90.00 per hour for work performed by Deborah Bolden. On that basis, the total of legal fees incurred in this matter is $660.00 (2.9 hours x $150.00 per hour for myself, and 2.5 hours x $90.00 per hour for Deborah Bolden).

4. The Fund has also incurred the following costs (detailed in Exhibit 1 to this affidavit) in connection with this litigation:

    Costs              $350.00

5. I believe that the aforementioned costs were necessarily incurred and are reasonable in amount.

| | |
|---|---|
| Attorney Fees | $ 660.00 |
| Costs | $ 350.00 |
| TOTAL | $860.00 |

Further Affiant Sayeth Not.

_____
Timothy C. Reuter

Subscribed and sworn to before me,
a Notary Public, this  13th
day of  February , 2008.

_____
Notary Public

"OFFICIAL SEAL"
Karla J. Genitoni
Notary Public, State of Illinois
My Commission Exp. 09/03/2009

# Exhibit 1

| | | | | | |
|---|---|---|---|---|---|
| 2/13/2008 | | Central States Funds | | | Page  1 |
| 8:23 AM | | Pre-bill Worksheet | | | |

---

### Selection Criteria

Cont.Selection    Include: 07410033

---

| | |
|---|---|
| Nickname | 07410033 | Madison Acquisi |
| Full Name | Madison Acquisition, LLC |
| Address | 07410033 |
| | WLL |
| | 2 |

Phone 1                           Phone 2
Phone 3                           Phone 4
In Ref To

| Date / ID | Attorney / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 1/4/2008 171028 | TCR Activity Prepare Complaint. | 150.00 | 1.90 | 285.00 | Billable |
| 1/7/2008 171039 | TCR Activity Revise Complaint and file. | 150.00 | 0.70 | 105.00 | Billable |
| 1/7/2008 173012 | DRB Activity Research process server information; prepare letter to process server for service of summons and complaint. | 90.00 | 1.50 | 135.00 | Billable |
| 1/8/2008 173018 | DRB Activity Finalize letter to process server; call process server to advise of package to be delivered i.e. summons and complaint; prepare for overnight mail. | 90.00 | 1.00 | 90.00 | Billable |
| 1/11/2008 171663 | TCR Activity Review notice from process server. | 150.00 | 0.30 | 45.00 | Billable |
| TOTAL | Billable Fees | | 5.40 | | $660.00 |

| Date / ID | Attorney / Expense | Price / Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/7/2008 170787 | TCR Expenses Complaint Filing Fee. | 350.00 | 1.000 | 350.00 | Billable |
| TOTAL | Billable Costs | | | | $350.00 |

2/13/2008  
8:23 AM  

Central States Funds  
Pre-bill Worksheet  

Page  2

07410033:Madison Acquisition, LLC (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $660.00 |
| Total of Costs (Expense Charges) |  | $350.00 |
| Total new charges |  | $1,010.00 |
| Total New Balance |  | $1,010.00 |