UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00100

Honorable Amy J. St. Eve

Madison Acquisition, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall for default judgment as to Madison Acquisition [10] is granted. Judgment is entered for Plaintiffs against Defendant Madison Acquisition, LLC the total amount of $27,094.63, plus post judgment interest on the entire judgment balance at an annualized interest rate equal to two percent plus the prime interest rate established by Chase Manhattan Bank, New York, New York for the fifteenth day of the month for which interest is charged and shall be compounded annually. This Court retains jurisdiction of the cause for the purpose of enforcing this Order. See Judgment Order for further details. Status hearing held on 2/19/2008. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.