IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 c 0100 |
| v. | ) ) | Judge St. Eve |
| MADISON ACQUISITION, LLC, an Indiana limited liability company, | ) ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) | |

## JUDGMENT ORDER

This matter coming to be heard upon Plaintiffs' Motion for Entry of Default and Default Judgment, the Court being fully advised in the premises, hereby FINDS, ORDERS, and ADJUDGES as follows:

A. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, have and recover judgment from and against the Defendant, Madison Acquisition, LLC, in the total amount of $27,094.63. This amount consists of $21,122.76 in withdrawal liability principal to the Fund, $737.32 in interest to the Fund, $4,224.55 in liquidated damages to the Funds, $660.00 in attorney's fees and $350.00 in court costs, all awarded pursuant to 29 U.S.C. § § 1132(g)(2).

B. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth

(15th) day of the month for which interest is charged and shall be compounded annually.

    C.    That the Court retain jurisdiction of the cause for the purpose of enforcing this Order.

Enter: _____
United States District Judge

Dated: February 19, 2008